AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Waites, John E. | U.S. Bankruptcy Court, District of South Carolina | 08/06/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court - District of South Carolina
145 King Street, Room 225
Charleston, SC 29401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | Charleston School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Charleston School of Law, teaching | $22,094.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | |
| 2. 2012 | |
| 3. 2012 | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bar | 1/19/2012 - 1/22/2012 | Columbia, SC | Annual Convention | Registration fee, meal |
| 2. | National Conference of Bankruptcy Judges | 3/19/2012 - 3/20/2012 | Miami, FL | Seminar | Registration fee, meals, transportation, lodging |
| 3. | Southeastern Bankruptcy Law Institute | 3/22/2012 - 3/24/2012 | Atlanta, GA | Seminar | Registration fee |
| 4. | South Carolina Bankruptcy Law Association | 5/18/2012 - 5/20/2012 | Asheville, NC | Seminar | Lodging, Registration fee, meals |
| 5. | South Carolina Association for Justice | 8/2/2012 - 8/4/2012 | Hilton Head Island, SC | Seminar | Lodging, registration fee |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Waites, John E. | 08/06/2013 |

| | | | | |
|---|---|---|---|---|
| 6. | National Conference of Bankruptcy Judges | 10/23/2012 - 10/28/2012 | San Diego, CA | Annual Conference | Registration fee, meals, transportation, lodging |
| 7. | South Carolina Defense Trial Attorneys' Association | 11/9/2012 - 11/11/2012 | Kiawah Island, SC | Seminar | Lodging, registration fee, meals |
| 8. | Turnaround Management Association | 12/3/2012 - 12/4/2012 | Charlotte, NC | Seminar | Lodging, registration fee, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Waites, John E.** | 08/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SCBT | Loan on 2006 Volvo (guarantor on non-dependant ▮▮▮▮▮ ) | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney Individual Acct. Money Fund | A | Interest | J | T | | | | | |
| 2. S.C. Deferred Comp. Plan 401K/Profit Sharing | A | Interest | J | T | | | | | |
| 3. Brokerage Acct. #1 - IRA Advisory Acct | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 4. -Dreyfus Liquid Assets Fund | A | Interest | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 5. -Alliance Bernstein Intl. Value Fund | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 6. -American Century Heritage Fund | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 7. -Artisan Mid Cap Fund | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 8. -William Blair International Fund | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 9. -Columbia Marsico 21st Century Fund | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 10. -Davis NY Venture Fund | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 11. -Growth Fund of America | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 12. -Janus Contrarian Fund | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 13. -Lazard Emerging Markets | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 14. -Loomis Bond Fund | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 15. -Lord Abbett Fundamental Equity Fund | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 16. MFS Intermediate -Income Trust (MIN) | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 17. -Oppenheimer International Bond | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Pinco Real Return Fund | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 19.  -Powershares DB Commodity Index | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 20.  -Royce Opportunity Fund | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 21.  -Vanguard Small-Cap ETF | A | Dividend | | | Redeemed | 01/19/12 | J | A | Transferred to TSP |
| 22.  Future Scholar 529 - Columbia Leg Captl Preserv E | A | Dividend | J | T | | | | | |
| 23.  Future Scholar 529 - Columbia Leg Captl Preserv E | A | Dividend | J | T | Buy (add'l) | 03/09/12 | K | | |
| 24. | | | | | Sold (part) | 04/02/12 | K | A | |
| 25.  Future Scholar 529 - Columbia Leg Captl Preserv E | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 08/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Information regarding three Future Scholar 529 accounts listed on lines 22 through 25 was inadvertently omitted from prior reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 08/06/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John E. Waites**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544